**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 3, 2022.**



In The

# Fourteenth Court of Appeals

## NO. 14-22-00202-CV

**CLAUDE  LOVELACE, Appellant**

**V.**

**WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF BCMB1 TRUST; PLANET HOME LENDING, LLC; AND PRESTIGE DEFAULT SERVICES, LLC, Appellees**

**On Appeal from the 270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-45667**

## MEMORANDUM  OPINION

This is an appeal from a judgment signed March 11, 2022. On October 27, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.